# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Cynthia Santiago** | Case No. | **20-10164** |
| Debtor(s) | Chapter | **13** |

# PROOF OF SERVICE BY MAIL

I, **Patricia Ortiz**, declare that I am over the age of eighteen years of age and am not a party to this case.

On **March 25, 2020**, I served the Amended Chapter 13 Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

**Alltran Financial LP**
**P.O. Box 722901**
**Houston, TX 77272-2901**

**Barclays Bank Delaware**
**Attn: Correspondence**
**Po Box 8801**
**Wilmington, DE 19899**

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**HOWARD GERSHMAN**
Gershman Law Offices, PC
610 York Road
Suite 200
Jenkintown, PA 19422

**REBECCA ANN SOLARZ**

KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**Fingerhut**
**Attn: Bankruptcy**
**Po Box 1250**
**Saint Cloud, MN 56395**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CVI SGP-CO Acquisition Trust
c/o Resurgent Capital Services
PO BOX 10587
Greenville, SC 29603-0587

MidFirst Bank
999 Northwest Grand Boulevard
Oklahoma City, OK 73118

**Mr. Cooper**
**Attn: Bankruptcy**
**8950 Cypress Waters Blvd**
**Coppell, TX 75019**

Nordstrom, Inc.
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302

**OneMain Financial**
**Attn: Bankruptcy**
**Po Box 3251**
**Evansville, IN 47731**

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Portnoff Law Associates, LTD
Attn: Diane M. Boehret, Esq.
PO Box 391
Norristown, PA 19404

**Radius Global Solutions**
**PO Box 390846**
**Minneapolis, MN 55439**

**Resurgent Capital Services**
**Attn: Bankruptcy**
**Po Box 10497**
**Greenville, SC 29603**

**Scott & Associates, P.C.**
**6 Kacey Court**
**Suite 203**
**Mechanicsburg, PA 17055**

**Soloman Law Group, LLC**
**1101 East Hector Street**

| |
|---|
| **Suite 460**<br>**Conshohocken, PA 19428** |
| **State of New Jersey Division of Taxation**<br>**Bankruptcy Section**<br>**PO Box 245**<br>**Trenton, NJ 08695** |
| **Sterling Jewelers/Kay Jewelers**<br>**Attn: Bankruptcy**<br>**375 Ghent Rd**<br>**Akron, OH 44333** |
| **Synchrony Bank/TJX**<br>**Attn:  Bankruptcy Dept**<br>**Po Box 965060**<br>**Orlando, FL 32896** |
| **Township of Cheltenham**<br>**Attn: Tax Office**<br>**8230 Old York Road**<br>**Elkins Park, PA 19027** |

**JAMES RANDOLPH WOOD**

| |
|---|
| Portnoff Law Associates, Ltd.<br>2700 Horizon Drive<br>Suite 100<br>King of Prussia, PA 19406 |
| Transit Workers Fcu<br>919 E Cayuga St<br>Philadelphia, PA 19124**19124** |
| Westlake Financial Services<br>4751 Wilshire Blvd, Suite 100<br>Los Angeles, CA 90010 |

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Wyngate Community Association
c/o Eric R. Solomon, Esq.
1101 East Hector Street, Suite 460
Conshohocken, PA 19428

| |
|---|
| William C. Miller<br>Chapter 13 TRUSTEE<br>Po Box 1229<br>Phila, PA 19105 |

| |
|---|
| **Wyngate Community Association Inc.**<br>**PO Box 5930**<br>**Knoxville, TN 37928** |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **March 25, 2020**.

| |
|---|
| /s/ Patricia Ortiz |

**Signature**