# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 20-10164-ELF

CYNTHIA  SANTIAGO

81 OLD CEDARBROOK RD.

WYNCOTE, PA 19095-

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CYNTHIA  SANTIAGO

81 OLD CEDARBROOK RD.

WYNCOTE, PA 19095-

Counsel for debtor(s), by electronic notice only.

ROBERT NEIL BRAVERMAN
MCDOWELL LAW, PC
46 WEST MAIN STREET
MAPLE SHADE, NJ 08002-

/S/ William C. Miller

Date: 6/3/2020

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee