UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| CYNTHIA SANTIAGO, | : | CASE #20-10164/ELF |
| Debtor. | : | Hearing Date: 7-21-2020 |

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

Debtor, Cynthia Santiago, by and through her attorney, Robert N. Braverman, Esquire of McDowell Law, PC hereby responds to the Chapter 13 Trustee's Motion to Dismiss as follows:

1. Our office is addressing a secured claim outside plan and surrender of vehicle via a modified plan.

2. Our office is working with the Homeowners Association who mistakenly filed an unsecured lien.

WHEREFORE, debtor hereby requests that the Trustee's Motion to Dismiss be DENIED.

Date: June 17, 2020                     /s/Robert N. Braverman
                                        Robert N. Braverman, Esquire
                                        McDowell Law, PC
                                        46 West Main Street
                                        Maple Shade, NJ 08052
                                        (856) 482-5544
                                        Attorneys for Debtor