# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re  **Cynthia Santiago** | Case No. | **20-10164** |
| Debtor(s) | Chapter | **13** |

# PROOF OF SERVICE BY MAIL

I, **Patricia Ortiz**, declare that I am over the age of eighteen years of age and am not a party to this case.

On **August 25, 2020**, I served the Amended Chapter 13 Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

**Alltran Financial LP**
**P.O. Box 722901**
**Houston, TX 77272-2901**

**Barclays Bank Delaware**
**Attn: Correspondence**
**Po Box 8801**
**Wilmington, DE 19899**

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**HOWARD GERSHMAN**
Gershman Law Offices, PC
610 York Road
Suite 200
Jenkintown, PA 19422

**REBECCA ANN SOLARZ**

KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**Fingerhut**
**Attn: Bankruptcy**
**Po Box 1250**
**Saint Cloud, MN 56395**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CVI SGP-CO Acquisition Trust
c/o Resurgent Capital Services
PO BOX 10587
Greenville, SC 29603-0587

MidFirst Bank
999 Northwest Grand Boulevard
Oklahoma City, OK 73118

**Mr. Cooper**
**Attn: Bankruptcy**
**8950 Cypress Waters Blvd**
**Coppell, TX 75019**

Nordstrom, Inc.
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302

**OneMain Financial**
**Attn: Bankruptcy**
**Po Box 3251**
**Evansville, IN 47731**

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Portnoff Law Associates, LTD
Attn: Diane M. Boehret, Esq.
PO Box 391
Norristown, PA 19404

**Radius Global Solutions**
**PO Box 390846**
**Minneapolis, MN 55439**

**Resurgent Capital Services**
**Attn: Bankruptcy**
**Po Box 10497**
**Greenville, SC 29603**

**Scott & Associates, P.C.**
**6 Kacey Court**
**Suite 203**
**Mechanicsburg, PA 17055**

**Soloman Law Group, LLC**
**1101 East Hector Street**

Suite 460
Conshohocken, PA 19428

State of New Jersey Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695

Sterling Jewelers/Kay Jewelers
Attn: Bankruptcy
375 Ghent Rd
Akron, OH 44333

Synchrony Bank/TJX
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Township of Cheltenham
Attn: Tax Office
8230 Old York Road
Elkins Park, PA 19027

**JAMES RANDOLPH WOOD**
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406

Transit Workers Fcu
919 E Cayuga St
Philadelphia, PA 19124

Westlake Financial Services
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Wyngate Community Association
c/o Eric R. Solomon, Esq.
1101 East Hector Street, Suite 460
Conshohocken, PA 19428

William C. Miller
Chapter 13 TRUSTEE
Po Box 1229
Phila, PA 19105

Wyngate Community Association Inc.
PO Box 5930
Knoxville, TN 37928

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **August  25, 2020**.

  /s/ Patricia Ortiz
**Signature**