## United States Bankruptcy Court
### Eastern District of Pennsylvania

| In re | **Cynthia Santiago** | Case No. | **20-10164** |
|---|---|---|---|
| | Debtor(s) | Chapter | **13** |

## PROOF OF SERVICE BY MAIL

I, __Kristie Gresh__ , declare that I am over the age of eighteen years of age and am not a party to this case.

On September 21 __, 2020__, I served the Amended Chapter 13 Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail  addressed as follows:

**Alltran Financial LP**
**P.O. Box 722901**
**Houston, TX 77272-2901**

**Barclays Bank Delaware**
**Attn: Correspondence**
**Po Box 8801**
**Wilmington, DE 19899**

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**HOWARD GERSHMAN**
Gershman Law Offices, PC
610 York Road
Suite 200
Jenkintown, PA 19422

**REBECCA ANN SOLARZ**
KML Law Group, P.C.

701 Market Street
Suite 5000
Philadelphia, PA 19106

**Fingerhut**
**Attn: Bankruptcy**
**Po Box 1250**
**Saint Cloud, MN 56395**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CVI SGP-CO Acquisition Trust
c/o Resurgent Capital Services
PO BOX 10587
Greenville, SC 29603-0587

MidFirst Bank
999 Northwest Grand Boulevard
Oklahoma City, OK 73118

**Mr. Cooper**
**Attn: Bankruptcy**
**8950 Cypress Waters Blvd**
**Coppell, TX 75019**

Nordstrom, Inc.
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302

**OneMain Financial**
**Attn: Bankruptcy**
**Po Box 3251**
**Evansville, IN 47731**

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Portnoff Law Associates, LTD
Attn: Diane M. Boehret, Esq.
PO Box 391
Norristown, PA 19404

**Radius Global Solutions**
**PO Box 390846**
**Minneapolis, MN 55439**

**Resurgent Capital Services**
**Attn: Bankruptcy**
**Po Box 10497**
**Greenville, SC 29603**

**Scott & Associates, P.C.**
**6 Kacey Court**
**Suite 203**
**Mechanicsburg, PA 17055**

**Soloman Law Group, LLC**
**1101 East Hector Street**
**Suite 460**

**Conshohocken, PA 19428**

**State of New Jersey Division of Taxation**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695**

**Sterling Jewelers/Kay Jewelers**
**Attn: Bankruptcy**
**375 Ghent Rd**
**Akron, OH 44333**

**Synchrony Bank/TJX**
**Attn:  Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**

**Township of Cheltenham**
**Attn: Tax Office**
**8230 Old York Road**
**Elkins Park, PA 19027**

**JAMES RANDOLPH WOOD**

Portnoff Law Associates, Ltd.

2700 Horizon Drive

Suite 100

King of Prussia, PA 19406

Transit Workers Fcu

919 E Cayuga St

Philadelphia, PA 19124**19124**

Westlake Financial Services

4751 Wilshire Blvd, Suite 100

Los Angeles, CA 90010

Pennsylvania Department of Revenue

Bankruptcy Division

PO Box 280946

Harrisburg, PA 17128-0946

Wyngate Community Association

c/o Eric R. Solomon, Esq.

1101 East Hector Street, Suite 460

Conshohocken, PA 19428

William C. Miller

Chapter 13 TRUSTEE

Po Box 1229

Phila, PA 19105

**Wyngate Community Association Inc.**
**PO Box 5930**
**Knoxville, TN 37928**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed
on **September  21, 2020**.

 **/s/ Kristie M Gresh**

**Signature**