# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Cynthia Santiago,<br><br>Debtor. | Chapter 13<br><br>Case No. 20-10164-elf<br><br>Judge: Eric L. Frank |

### ORDER

AND NOW, this __18th__ day of __November__, 2020, upon consideration of the Application of McDowell Law, PC, Counsel for the Debtor, Cynthia Santiago, for Allowance and Disbursement of Compensation, and responses, if any, hereto,

IT IS hereby ORDERED and DECREED that:

1. The Application of McDowell Law, PC, counsel for the Debtor, Cynthia Santiago, and for allowance and disbursement of compensation (the "Application") is GRANTED; and

2. There shall be awarded to McDowell Law, PC compensation in the amount of **$4,000** for actual and necessary services rendered by it on behalf of the Debtor for the period January 8, 2020 through October 21, 2020.

3. The Debtor paid **$1,500** prior to filing the bankruptcy and the balance of **$2,500** shall be paid through the Chapter 13 Plan to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**