UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| CYNTHIA SANTIAGO, | : | Case #20-10164-ELF |
| Debtor. | : | Hearing Date: November 30, 2021 at 1:00 p.m. |
| | : | **CERTIFICATE OF SERVICE** |

I KRISTIE GRESH, of full age, hereby certifies as follows:

1. I am employed with McDowell Law, PC, attorneys for the above-captioned debtor.

2. On November 1, 2021, I electronically filed with the Court a Notice of Motion to Approve Subordinate Mortgage, Motion, supporting Certification with Exhibit, and proposed form of Order.

3. On November 1, 2021, the parties on the attached list were served by first class mail.

I certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.


Dated: 11/1/2021                                       /s/ Kristie Gresh
                                                                    KRISTIE GRESH

# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Cynthia Santiago** | Case No. | **20-10164** |
| | Debtor(s) | Chapter | **13** |

# PROOF OF SERVICE BY MAIL

**Alltran Financial LP**
**P.O. Box 722901**
**Houston, TX 77272-2901**

**Barclays Bank Delaware**
**Attn: Correspondence**
**Po Box 8801**
**Wilmington, DE 19899**

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**HOWARD GERSHMAN**
Gershman Law Offices, PC
610 York Road
Suite 200
Jenkintown, PA 19422


**REBECCA ANN SOLARZ**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**Fingerhut**
**Attn: Bankruptcy**

**Po Box 1250**
**Saint Cloud, MN 56395**
**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CVI SGP-CO Acquisition Trust
c/o Resurgent Capital Services
PO BOX 10587
Greenville, SC 29603-0587

MidFirst Bank
999 Northwest Grand Boulevard
Oklahoma City, OK 73118

**Mr. Cooper**
**Attn: Bankruptcy**
**8950 Cypress Waters Blvd**
**Coppell, TX 75019**

Nordstrom, Inc.
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302

**OneMain Financial**
**Attn: Bankruptcy**
**Po Box 3251**
**Evansville, IN 47731**

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Portnoff Law Associates, LTD
Attn: Diane M. Boehret, Esq.
PO Box 391
Norristown, PA 19404

**Radius Global Solutions**
**PO Box 390846**
**Minneapolis, MN 55439**

**Resurgent Capital Services**
**Attn: Bankruptcy**
**Po Box 10497**
**Greenville, SC 29603**

**Scott & Associates, P.C.**
**6 Kacey Court**
**Suite 203**
**Mechanicsburg, PA 17055**

**Soloman Law Group, LLC**
**1101 East Hector Street**
**Suite 460**
**Conshohocken, PA 19428**

**State of New Jersey Division of Taxation**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695**

**Sterling Jewelers/Kay Jewelers**

**Attn: Bankruptcy**
**375 Ghent Rd**
**Akron, OH 44333**

**Synchrony Bank/TJX**
**Attn: Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**

**Township of Cheltenham**
**Attn: Tax Office**
**8230 Old York Road**
**Elkins Park, PA 19027**

**JAMES RANDOLPH WOOD**
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406

Transit Workers Fcu
919 E Cayuga St
Philadelphia, PA 19124**19124**

Westlake Financial Services
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Wyngate Community Association
c/o Eric R. Solomon, Esq.
1101 East Hector Street, Suite 460
Conshohocken, PA 19428

Kenneth West
Chapter 13 TRUSTEE
Po Box 1229
Phila, PA 19105

**Wyngate Community Association Inc.**
**PO Box 5930**
**Knoxville, TN 37928**