UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| Cynthia Santiago, | : | CASE # 20-10164-elf |
| Debtor(s). | : | HEARING DATE: November 30, 2021 |

### ORDER APPROVING MORTGAGE MODIFICATION

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE, of MCDOWELL LAW, PC, attorneys for debtor(s), pursuant to a Motion to Approve Mortgage Modification filed in this matter, and after a hearing;

It is on this __2nd__ day of **December 2021**, **ORDERED** that the Debtor is authorized to enter into the mortgage modification transaction described in the Motion.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**