United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 20-10164-elf

Cynthia Santiago                                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                               User: admin                                          Page 1 of 4

Date Rcvd: Dec 02, 2021                     Form ID: pdf900                              Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia Santiago, 81 Old Cedarbrook Rd., Wyncote, PA 19095-2045 |
| cr | + | Cheltenham School District and Township of Chelten, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14449998 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14470092 | + | Cheltenham School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14470089 | + | Cheltenham School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14470862 | + | Cheltenham School District and Township of Chelten, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14450004 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 14450005 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 14479912 | + | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14455606 | + | McDowell Law, PC, 46 West Main St., Maple Shade, NJ 08052-2432 |
| 14480475 | + | MidFirst Bank, c/o Rebecca A. Solarz Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14450009 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14485465 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14450013 | + | Portnoff Law Associates, LTD, Attn: Diane M. Boehret, Esq., PO Box 391, Norristown, PA 19404-0391 |
| 14450014 | + | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14450016 | + | Scott & Associates, P.C., 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 14450017 | + | Soloman Law Group, LLC, 1101 East Hector Street, Suite 460, Conshohocken, PA 19428-2458 |
| 14470093 | + | Township of Cheltenham, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14470090 | + | Township of Cheltenham, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14450021 | + | Township of Cheltenham, Attn: Tax Office, 8230 Old York Road, Elkins Park, PA 19027-1514 |
| 14450022 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 14458921 | + | Transit Workers Federal Credit Union, c/o Howard Gershman, Esq., 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |
| 14472231 | + | Transit Workers Federal Credit Union, c/o Howard Gershman,Esquire, 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |
| 14458118 | + | Transit Workers Federal Credit Union, 919 East Cayuga Street, Philadelphia, PA 19124-3817 |
| 14450023 | + | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |
| 14486498 | + | Wyngate Community Association, c/o Eric R. Solomon, Esq., 1101 East Hector Street, Suite 460, Conshohocken, PA 19428-2458 |
| 14450025 | + | Wyngate Community Association Inc., PO Box 5930, Knoxville, TN 37928-0930 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 02 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 02 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14449997 | Email/Text: bnc@alltran.com | Dec 02 2021 23:23:00 | Alltran Financial LP, P.O. Box 722901, Houston, TX 77272-2901 |
| 14449998 | + Email/Text: BarclaysBankDelaware@tsico.com | Dec 02 2021 23:23:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14455042 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2021 23:39:00 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0313-2                          User: admin                                    Page 2 of 4

Date Rcvd: Dec 02, 2021                       Form ID: pdf900                                 Total Noticed: 59

| 14482319 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
|---|---|---|---|---|
| | | | Dec 02 2021 23:39:22 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14449999 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Dec 02 2021 23:38:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14465143 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Dec 02 2021 23:38:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14450000 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Dec 02 2021 23:23:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14450001 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Dec 02 2021 23:23:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14450002 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Dec 02 2021 23:23:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14450003 | | Email/Text: mrdiscen@discover.com | | |
| | | | Dec 02 2021 23:23:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14456062 | | Email/Text: mrdiscen@discover.com | | |
| | | | Dec 02 2021 23:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14533355 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Dec 02 2021 23:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14450006 | | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Dec 02 2021 23:23:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14486342 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Dec 02 2021 23:23:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14598759 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 02 2021 23:39:01 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14455043 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 02 2021 23:39:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14485753 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | | |
| | | | Dec 02 2021 23:38:56 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14450008 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | | |
| | | | Dec 02 2021 23:38:56 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14450010 | + | Email/Text: bnc@nordstrom.com | | |
| | | | Dec 02 2021 23:23:58 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14450011 | + | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Dec 02 2021 23:39:14 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14450012 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 02 2021 23:39:15 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14485743 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 02 2021 23:39:15 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14479976 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 02 2021 23:38:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14453054 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Dec 02 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14482046 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 02 2021 23:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14450015 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 02 2021 23:39:01 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14450018 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Dec 02 2021 23:23:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 14450019 | + Email/Text: BKRMailOPS@weltman.com | | Dec 02 2021 23:23:00 | Sterling Jewelers/Kay Jewelers, Attn: Bankruptcy, 375 Ghent Rd, Akron, OH 44333-4601 |
| 14450020 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 02 2021 23:39:30 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14450024 | + Email/Text: bankruptcynotice@westlakefinancial.com | | Dec 02 2021 23:23:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 14460788 | + Email/Text: bankruptcynotice@westlakefinancial.com | | Dec 02 2021 23:23:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Transit Workers Federal Credit Union, 919 East Cayuga Street, Philadelphia, PA 19124-3817 |
| 14450007 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HOWARD GERSHMAN | on behalf of Creditor Transit Workers Federal Credit Union hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| JAMES RANDOLPH WOOD | on behalf of Creditor Cheltenham School District and Township of Cheltenham jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| ROBERT NEIL BRAVERMAN | on behalf of Debtor Cynthia Santiago rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                                          User: admin                                                      Page 4 of 4
Date Rcvd: Dec 02, 2021                              Form ID: pdf900                                          Total Noticed: 59
TOTAL: 6

---

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

IN THE MATTER OF:                :        CHAPTER 13

Cynthia Santiago,                :        CASE # 20-10164-elf

          Debtor(s).             :        HEARING DATE:  November 30, 2021


**ORDER APPROVING MORTGAGE MODIFICATION**


This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE, of

MCDOWELL LAW, PC, attorneys for debtor(s), pursuant to a Motion to Approve Mortgage

Modification filed in this matter, and after a hearing;

It is on this __2nd__ day of **December 2021**, **ORDERED** that the Debtor is authorized to

enter into the mortgage modification transaction described in the Motion.



_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**