---

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| CYNTHIA SANTIAGO, | : | CASE #20-10164-ELF |
| Debtors. | : | Hearing Date: March 8, 2022 |

## CERTIFICATION OF NO RESPONSE
### To Modified Plan and Notice & Motion to Modify Plan, Post-Confirmation

ROBERT N. BRAVERMAN, ESQUIRE, of full age, does hereby certify as follows:

1. On January 19, 2022, debtor filed a Chapter 13 Bankruptcy Petition in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

2. On or about January 19, 2022, debtor's Modified Chapter 13 Plan was electronically filed with the Court.

3. Also, on January 19, 2022, a Motion Seeking to Modify Debtors' Chapter 13 Plan, Post-Confirmation together with proposed form of Order and Notice thereon were also electronically filed with the Court.

4. On January 19, 2022, each of the aforementioned documents (Modified Plan, Motion, Order and Notice) were mailed to all creditors involved (as indicated on the Certificate of Service filed in this matter), via regular mail, postage paid thereon.

5. Subsequently, there was an Amended Modified Plan filed on February 21, 2022 which was mailed to all creditors as indicated on the certification of service attached to the filed Plan.

5. To date, no objections have been received regarding the Motion and Notice filed herein.

6. Consequently, it is respectfully requested that the Motion Seeking Approval of the Modified Chapter 13 Plan filed Post-Confirmation be allowed.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

By: /s/ Robert N. Braverman
ROBERT N. BRAVERMAN, ESQUIRE

DATED: March 7, 2022