**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    CYNTHIA SANTIAGO, | : | |
|        Debtor | : | Bky. No.  20-10164 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #75) is **APPROVED**.

Date:  March 8, 2022

                                        **ERIC L. FRANK**
                                        **U.S. BANKRUPTCY JUDGE**