**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| CYNTHIA SANTIAGO, | : | CASE #20-10164-ELF |
| Debtors. | : | Hearing Date: July 26, 2022 |
| | : | **CERTIFICATION IN SUPPORT OF MOTION TO SELL REAL ESTATE** |

CYNTHIA SANTIAGO, of full age, certifies as follows:

1. I am the debtor in the above matter and, as such, I am fully familiar with the facts and circumstances herein.

2. On January 9, 2020, I filed a Petition For Relief under Chapter 13 of the Bankruptcy Code.

3. It has been a struggle to make monthly payments.

4. I have decided to sell my real estate and, in that regard, I enclose a copy of an Agreement for the Sale of Real Estate attached hereto, marked Exhibit "A".

5. The proposed sale is to Cherie Austin for the sum of $350,000.00.

6. I seek court approval for the sale of 81 Old Cedarbrook Road, #10, Wyncote, PA 19095 so that I can satisfy the mortgage.

7. Under the circumstances, I ask that the Court approve the Motion to allow the sale of real estate.

I certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

DATED:    June 21, 2022        Cynthia Santiago