### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| CYNTHIA SANTIAGO, | : | CASE #20-10164-ELF |
| | : | Hearing Date:  July 26, 2022 |
| Debtor. | : | **CERTIFICATE OF SERVICE** |

Kristie Gresh, of full age, certifies as follows:

1.      I am employed with the law firm of McDowell Law, PC, attorneys for the above-captioned debtor.

2.      On June 23, 2022, I electronically filed with the court a Notice of Motion to Sell Real Estate, Motion, supporting Certification, and proposed form of Order in connection with the above-captioned matter.

3.      On June 23, 2022, I forwarded to the all parties in interest on the attached list, via first class mail, postage paid thereon, a copy of a Notice of Motion to Sell Real Estate, Motion, supporting Certification, and proposed form of Order in connection with the above-captioned matter.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

/s/ Krisite Gresh
Kristie Gresh

DATED:      June 23, 2022

**Creditors**

**Alltran Financial LP**
**P.O. Box 722901**
**Houston, TX 77272-2901**

**Barclays Bank Delaware**
**Attn: Correspondence**
**Po Box 8801**
**Wilmington, DE 19899**

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**HOWARD GERSHMAN**
Gershman Law Offices, PC
610 York Road
Suite 200
Jenkintown, PA 19422


**REBECCA ANN SOLARZ**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**Fingerhut**
**Attn: Bankruptcy**
**Po Box 1250**
**Saint Cloud, MN 56395**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587

Greenville, SC 29603-0587

CVI SGP-CO Acquisition Trust
c/o Resurgent Capital Services
PO BOX 10587
Greenville, SC 29603-0587

MidFirst Bank
999 Northwest Grand Boulevard
Oklahoma City, OK 73118

**Mr. Cooper**
**Attn: Bankruptcy**
**8950 Cypress Waters Blvd**
**Coppell, TX 75019**

Nordstrom, Inc.
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302

**OneMain Financial**
**Attn: Bankruptcy**
**Po Box 3251**
**Evansville, IN 47731**

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Portnoff Law Associates, Ltd
PO Box 3020
Norristown, PA 19404-3020

Portnoff Law Associates, LTD
Attn: Diane M. Boehret, Esq.
PO Box 391
Norristown, PA 19404

**Radius Global Solutions**
**PO Box 390846**
**Minneapolis, MN 55439**

**Resurgent Capital Services**
**Attn: Bankruptcy**
**Po Box 10497**
**Greenville, SC 29603**

**Scott & Associates, P.C.**
**6 Kacey Court**
**Suite 203**
**Mechanicsburg, PA 17055**

**Soloman Law Group, LLC**
**1101 East Hector Street**
**Suite 460**
**Conshohocken, PA 19428**

**State of New Jersey Division of Taxation**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695**

**Sterling Jewelers/Kay Jewelers**
**Attn: Bankruptcy**
**375 Ghent Rd**
**Akron, OH 44333**

**Synchrony Bank/TJX**
**Attn: Bankruptcy Dept**
**Po Box 965060**

**Orlando, FL 32896**
**Township of Cheltenham**
**Attn: Tax Office**
**8230 Old York Road**
**Elkins Park, PA 19027**

**JAMES RANDOLPH WOOD**
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406

Transit Workers Fcu
919 E Cayuga St
Philadelphia, PA 19124**19124**

Westlake Financial Services
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Wyngate Community Association
c/o Eric R. Solomon, Esq.
1101 East Hector Street, Suite 460
Conshohocken, PA 19428

Kenneth West
Chapter 13 TRUSTEE
Po Box 40837
Phila, PA 19105

**Wyngate Community Association Inc.**
**PO Box 5930**
**Knoxville, TN 37928**