# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| CYNTHIA SANTIAGO, | : | CASE #20-10164-ELF |
| Debtor. | : | Hearing Date: January 24, 2023 |

## NOTICE OF MOTION SEEKING ORDER MODIFYING
## CHAPTER 13 PLAN, POST-CONFIRMATION

TO:   All Parties in Interest (See Service List)

Debtor, Cynthia Santiago, has filed papers with the Court seeking to modify the Chapter 13 Plan, Post Confirmation in the above entitled matter.  **Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion then on or before January 24, 2023, you or your attorney must:

File with the Court a written request for a hearing or, if the Court requires a written response, an answer, explaining your position at the U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107.   If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.   You must also mail a copy to:

> Robert N. Braverman, Esquire
> McDOWELL LAW PC
> 46 West Main Street
> Maple Shade, NJ 08052

Attend the hearing scheduled to be held on **January 24, 2023 @ 10:00 am in Courtroon #1, U.S. Bankruptcy Court, Robert N.C. Nix Bldg., 900 Market Street, Phila., PA 19107.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                                                 McDOWELL LAW PC
                                                 Attorneys for Debtor,

                                                 By:  /s/ Robert N. Braverman
DATED: December 14, 2022               ROBERT N. BRAVERMAN, ESQUIRE