**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| CYNTHIA SANTIAGO, | : | CASE #20-10164-ELF |
| Debtors. | : | Hearing Date:  January 24, 2023 |

**CERTIFICATION OF NO RESPONSE**
**To Modified Plan and Notice & Motion to Modify Plan, Post-Confirmation**

ROBERT N. BRAVERMAN, ESQUIRE, of full age, does hereby certify as follows:

1.      On January 9, 2020, debtor filed a Chapter 13 Bankruptcy Petition in the United States

Bankruptcy Court for the Eastern District of Pennsylvania.

2.      On or about January 24, 2023, debtor's Modified Chapter 13 Plan was electronically filed with the

Court.

3.      Also, on January 24, 2023, a Motion Seeking to Modify Debtors' Chapter 13 Plan, Post-

Confirmation together with proposed form of Order and Notice thereon were also electronically filed with the Court.

4.      On January 24, 2023, each of the aforementioned documents (Modified Plan, Motion, Order and

Notice) were mailed to all creditors involved (as indicated on the Certificate of Service filed in this matter), via

regular mail, postage paid thereon.

5.      To date, no objections have been received regarding the Motion and Notice filed herein.

6.      Consequently, it is respectfully requested that the Motion Seeking Approval of the Modified

Chapter 13 Plan filed Post-Confirmation be allowed.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing

statements are willfully false, I am subject to punishment.

By:  /s/  Robert N. Braverman

DATED: January 19, 2023                ROBERT N. BRAVERMAN, ESQUIRE