*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Cynthia Santiago
    Debtor(s)

Case No: 20–10164–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

\*\*RESCHEDULED \*\*
Motion to Modify Plan Post– Confirmation Filed by Cynthia Santiago Represented by ROBERT NEIL BRAVERMAN

on: 3/16/23

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/3/23

Timothy B. McGrath
Clerk of Court

105 – 99
Form 167