# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER |
| Cynthia Santiago | : | CASE # 20-10164 |
| Debtor(s). | : | **PRAECIPE TO WITHDRAW MODIFIED PLAN** |

Cynthia Santiago, debtor(s) herein, by and through their attorneys, MCDOWELL LAW, PC respectfully request:

That the Court withdraw the Modified Plan filed by Robert N. Braverman, Esquire on April 12, 2023 (DOCKET NO. 109) on behalf of debtor.

        McDOWELL LAW, PC
        Attorneys for Debtor(s),

        By: /s/ Robert N. Braverman
DATED: 4/13/2023         ROBERT N. BRAVERMAN, ESQUIRE