UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 20-10164 |
|---|---|
| Cynthia Santiago | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 4/13/2023, I did cause a copy of the following documents, described below,

Filed Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/13/2023

/s/ Kristie Gresh
Kristie Gresh

McDowell Law, PC
46 West Main Street
MAPLE SHADE, NJ  08052
856 482 5544
kgresh@mcdowelllegal.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 20-10164 |
|---|---|
| Cynthia Santiago | **CERTIFICATE OF SERVICE** |
|  | **DECLARATION OF MAILING** |
|  | Chapter: 13 |

On 4/13/2023, a copy of the following documents, described below,

Filed Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/13/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kristie Gresh
McDowell Law, PC
46 West Main Street
MAPLE SHADE, NJ  08052

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ALLTRAN FINANCIAL LP<br>P.O. BOX 722901<br>HOUSTON, TX 77272-2901 | BARCLAYS BANK DELAWARE<br>ATTN: CORRESPONDENCE<br>PO BOX 8801<br>WILMINGTON, DE 19899 | CAPITAL ONE BANK (USA), N.A.<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | CACH, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 |
| HOWARD GERSHMAN<br>GERSHMAN LAW OFFICES, PC<br>610 YORK ROAD<br>SUITE 200<br>JENKINTOWN, PA 19422 | REBECCA ANN SOLARZ<br>KML LAW GROUP, P.C.<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA, PA 19106 | FINGERHUT<br>ATTN: BANKRUPTCY<br>PO BOX 1250<br>SAINT CLOUD, MN 56395 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | LVNV FUNDING, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | CVI SGP-CO ACQUISITION TRUST<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 |
| MIDFIRST BANK<br>999 NORTHWEST GRAND BOULEVARD<br>OKLAHOMA CITY, OK 73118 | MR. COOPER<br>ATTN: BANKRUPTCY<br>8950 CYPRESS WATERS BLVD<br>COPPELL, TX 75019 | NORDSTROM, INC.<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302 |
| ONEMAIN FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE, IN 47731 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>NORFOLK VA 23541 | PORTNOFF LAW ASSOCIATES, LTD<br>PO BOX 3020<br>NORRISTOWN, PA 19404-3020 |
| PORTNOFF LAW ASSOCIATES, LTD<br>ATTN: DIANE M. BOEHRET, ESQ.<br>PO BOX 391<br>NORRISTOWN, PA 19404 | RADIUS GLOBAL SOLUTIONS<br>PO BOX 390846<br>MINNEAPOLIS, MN 55439 | RESURGENT CAPITAL SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE, SC 29603 |
| SCOTT & ASSOCIATES, P.C.<br>6 KACEY COURT<br>SUITE 203<br>MECHANICSBURG, PA 17055 | SOLOMAN LAW GROUP, LLC<br>1101 EAST HECTOR STREET<br>SUITE 460<br>CONSHOHOCKEN, PA 19428 | STATE OF NEW JERSEY DIVISION OF<br>TAXATION<br>BANKRUPTCY SECTION<br>PO BOX 245<br>TRENTON, NJ 08695 |
| STERLING JEWELERS/KAY JEWELERS<br>ATTN: BANKRUPTCY<br>375 GHENT RD<br>AKRON, OH 44333 | SYNCHRONY BANK/TJX<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO, FL 32896 | TOWNSHIP OF CHELTENHAM<br>ATTN: TAX OFFICE<br>8230 OLD YORK ROAD<br>ELKINS PARK, PA 19027 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JAMES RANDOLPH WOOD<br>PORTNOFF LAW ASSOCIATES, LTD.<br>2700 HORIZON DRIVE<br>SUITE 100<br>KING OF PRUSSIA, PA 19406 | TRANSIT WORKERS FCU<br>919 E CAYUGA ST<br>PHILADELPHIA, PA 19124 | WESTLAKE FINANCIAL SERVICES<br>4751 WILSHIRE BLVD, SUITE 100<br>LOS ANGELES, CA 90010 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | WYNGATE COMMUNITY ASSOCIATION<br>C/O ERIC R. SOLOMON, ESQ.<br>1101 EAST HECTOR STREET, SUITE 460<br>CONSHOHOCKEN, PA 19428 | KENNETH WEST<br>CHAPTER 13 TRUSTEE<br>PO BOX 40837<br>PHILADELPHIA, PA 19105 |
| WYNGATE COMMUNITY ASSOCIATION INC.<br>PO BOX 5930<br>KNOXVILLE, TN 37928 | | |