# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| CYNTHIA SANTIAGO, | : | CASE #20-10164-~~ELF~~- MDC |
| Debtor. | : | Hearing Date: February 22, 2022 |

## ORDER MODIFYING CHAPTER 13 PLAN, POST-CONFIRMATION

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE, of McDOWELL LAW PC attorneys for debtor, CYNTHIA SANTIAGO, pursuant to a Notice of Motion Seeking Order Modifying debtor's Chapter 13 Plan, Post-Confirmation, and the Court having reviewed the documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is on this __21st__ day of _____April_____ 2023, ORDERED that Debtor's Modified Chapter 13 Plan is hereby approved.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE