# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Cynthia Santiago**                                                                 Case No. **20-10164**
Debtor(s)                                                      Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:        **xxx-xx-3287**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                **Cynthia Santiago**

Street:               **81 Old Cedarbrook Rd.**

City, State and Zip:  **Wyncote, PA 19095**

Telephone #:

**Please be advised that effective  December 4 , 20 24 ,
my (our) new mailing address and telephone number is:**

Name:                **Cynthia Santiago**

Street:               **27 Natalie Court**

City, State and Zip:  **Levittown PA 19057**

Telephone #:

                                          **/s/ Cynthia Santiago**
                                          **Cynthia Santiago**
                                          Debtor