Certificate Number: 15111-PAE-DE-039409749

Bankruptcy Case Number: 20-10164



15111-PAE-DE-039409749

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 5, 2025</u>, at <u>6:40</u> o'clock <u>PM EST</u>, <u>Cynthia Santiago</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 5, 2025</u>

By:  <u>/s/Rafia Yaqoob for Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:  <u>Executive Director of Education</u>