**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**CYNTHIA SANTIAGO,**<br><br>Debtor. | Chapter 13<br><br>Case No. 20-10164-DJB<br><br>Judge: Derek J. Baker |

**CERTIFICATION OF NO RESPONSE**
**TO FINAL APPLICATION OF McDOWELL LAW, PC**
**FOR COMPENSATION**

McDowell Law, PC hereby certifies that no responses or objections have been filed in connection with the Final Application of McDowell Law, PC for Compensation. The deadline for objections to the Application has passed and as of today no objections or responses have been filed or received by McDowell Law, PC. Therefore, McDowell Law, PC respectfully requests that this Court enter the Order filed with the Application.

McDOWELL LAW, PC

Dated: April 8, 2025

By: */s/ Robert N. Braverman*
Robert N. Braverman, Esq.
46 West Main Street
Maple Shade, NJ 08052
856-482-5544
rbraverman@McDowellLegal.com
*Attorneys for the Debtors*