UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Cynthia Santiago,<br><br>Debtor. | Chapter 13<br><br>Case No. 20-10164-djb<br><br>Judge: Derek J. Baker |

ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Application of McDowell Law, PC, Counsel for the Debtor, Cynthia Santiago, for Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan, and responses, if any, hereto,

IT IS hereby ORDERED and DECREED that:

1. The Application of McDowell Law, PC, counsel for the Debtor, Cynthia Santiago, and for allowance and disbursement of compensation (the "Application") is GRANTED; and

2. There shall be awarded to McDowell Law, PC compensation in the amount of **$750** for actual and necessary services rendered by it on behalf of the Debtor for the period June 22, 2022 through March 19, 2025.

BY THE COURT:

**Date: April 11, 2025**

_____
Derek J. Baker, U.S.B.J.