United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cynthia Santiago  
Debtor

Case No. 20-10164-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Apr 14, 2025 | Form ID: 138OBJ | Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia Santiago, 27 Natalie Court, Levittown, PA 19057-3608 |
| 14470089 | + | Cheltenham School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14470092 | + | Cheltenham School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14470862 | + | Cheltenham School District and Township of Chelten, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14455606 | + | McDowell Law, PC, 46 West Main St., Maple Shade, NJ 08052-2432 |
| 14480475 | + | MidFirst Bank, c/o Rebecca A. Solarz Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14450013 | + | Portnoff Law Associates, LTD, Attn: Diane M. Boehret, Esq., PO Box 391, Norristown, PA 19404-0391 |
| 14450017 | + | Soloman Law Group, LLC, 1101 East Hector Street, Suite 460, Conshohocken, PA 19428-2458 |
| 14470093 | + | Township of Cheltenham, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14470090 | + | Township of Cheltenham, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14450021 | + | Township of Cheltenham, Attn: Tax Office, 8230 Old York Road, Elkins Park, PA 19027-1514 |
| 14458921 | + | Transit Workers Federal Credit Union, c/o Howard Gershman, Esq., 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |
| 14472231 | + | Transit Workers Federal Credit Union, c/o Howard Gershman,Esquire, 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |
| 14458118 | + | Transit Workers Federal Credit Union, 919 East Cayuga Street, Philadelphia, PA 19124-3817 |
| 14450023 | + | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |
| 14756496 | + | WYNGATE COMMUNITY ASSOCIATION, C/O BRADY & CISSNE LAW, 651 E. TOWNSHIP LINE RD., #601, BLUE BELL, PA 19422-5029 |
| 14450025 | + | Wyngate Community Association Inc., PO Box 5930, Knoxville, TN 37928-0930 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 15 2025 01:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14449997 | | Email/Text: bnc@alltran.com | Apr 15 2025 01:16:00 | Alltran Financial LP, P.O. Box 722901, Houston, TX 77272-2901 |
| 14449998 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 15 2025 01:17:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14455042 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:31:13 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14482319 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:31:20 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14449999 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 01:31:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14465143 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 15 2025 01:31:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: 138OBJ | Total Noticed: 56 |

| ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14450000 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 15 2025 01:17:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14450001 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 15 2025 01:17:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14450002 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 15 2025 01:17:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14450003 | | Email/Text: mrdiscen@discover.com | Apr 15 2025 01:16:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14456062 | | Email/Text: mrdiscen@discover.com | Apr 15 2025 01:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14450004 | | Email/Text: bankruptcycourts@equifax.com | Apr 15 2025 01:16:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 14450005 | ^ | MEBN | Apr 15 2025 01:13:56 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 14533355 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 15 2025 01:17:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14450006 | | Email/Text: bnc-bluestem@quantum3group.com | Apr 15 2025 01:17:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14486342 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 15 2025 01:17:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14598759 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:31:13 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14455043 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:31:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14479912 | ^ | MEBN | Apr 15 2025 01:14:02 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14485753 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 15 2025 01:31:14 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14450008 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 15 2025 01:42:42 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14450009 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 15 2025 01:16:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14450010 | + | Email/Text: bnc@nordstrom.com | Apr 15 2025 01:16:50 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14485465 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 15 2025 01:17:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14450011 | + | Email/PDF: cbp@omf.com | Apr 15 2025 01:53:12 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14450012 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2025 01:31:44 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14485743 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2025 01:31:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14479976 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2025 01:53:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14453054 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2025 01:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14482046 | | Email/Text: bnc-quantum@quantum3group.com | Apr 15 2025 01:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: 138OBJ | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 14450014 | + | Email/Text: ngisupport@radiusgs.com | Apr 15 2025 01:16:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14450015 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:31:20 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14450018 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 15 2025 01:16:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 14450019 | + | Email/Text: BKRMailOPS@weltman.com | Apr 15 2025 01:17:00 | Sterling Jewelers/Kay Jewelers, Attn: Bankruptcy, 375 Ghent Rd, Akron, OH 44333-4601 |
| 14450020 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:31:37 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14450022 | ^ | MEBN | Apr 15 2025 01:13:57 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 14450024 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 15 2025 01:17:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 14460788 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 15 2025 01:17:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14450007 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14756545 | *+ | WYNGATE COMMUNITY ASSOCIATION, C/O BRADY & CISSNE LAW, 651 E. TOWNSHIP LINE RD., #601, BLUE BELL, PA 19422-5029 |
| 14450016 | ##+ | Scott & Associates, P.C., 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 14486498 | ##+ | Wyngate Community Association, c/o Eric R. Solomon, Esq., 1101 East Hector Street, Suite 460, Conshohocken, PA 19428-2458 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor Transit Workers Federal Credit Union hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 14, 2025 | Form ID: 138OBJ | Total Noticed: 56 |

JAMES RANDOLPH WOOD
    on behalf of Creditor Cheltenham School District and Township of Cheltenham jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

ROBERT NEIL BRAVERMAN
    on behalf of Debtor Cynthia Santiago rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

THOMAS EGNER
    on behalf of Debtor Cynthia Santiago tegner@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 138OBJ* (6/24)−doc 129 − 128

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Cynthia Santiago  )  Case No. 20−10164−djb
     )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 14, 2025

For The Court

Timothy B. McGrath
Clerk of Court