### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                           : Chapter 13

Cynthia Santiago                                      : Case No. 20−10164−djb
                    Debtor(s)

### *ORDER*
_____

     AND NOW, this day , August 20, 2025 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

     ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Derek J Baker
Judge, United States Bankruptcy Court

Form 195